AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:19-MJ-2288-T-AAS |
| | ) | |
| BRADLEY DIEFFENBACHER | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____11/16/18, 12/23/18, 12/24/218____ in the county of _____Pasco_____ in the

____Middle____ District of _____Florida_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2 | Enticement of a minor to produce child pornography and aiding and abetting the same. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Tara Towe, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _September 26, 2019_

_____
_Judge's signature_

City and state: _Tampa, FL_

AMANDA A. SANSONE, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Tara Towe, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for over ten years. I am currently assigned to HSI, Special Agent in Charge (SAC), Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252, and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have assisted with arrests and conducted searches pertaining to these types of investigations.

2.      As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.

3.      This affidavit is submitted in support of an application for an arrest warrant for Bradley Dieffenbacher (DIEFFENBACHER).   This

affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause that DIEFFENBACHER committed violations of 18 U.S.C. § 2251(a) and 2 (enticement of a child to produce child pornography and aiding and abetting the same). As discussed further below, DIEFFENBACHER used a computing device to connect to the internet to communicate with minors and entice them to produce child pornography. I am requesting that the Court issue an arrest warrant for DIEFFENBACHER based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal, local, and foreign law-enforcement in reference to this investigation.

## STATUTORY AUTHORITY

4.      As noted above, this investigation concerns alleged violations of Title 18, United States Code, Section 2251(a) which criminalizes any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any

2

visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

## PROBABLE CAUSE

### Initiation of Investigation

5.     On or about December 31, 2018, officers with the Circleville, Ohio Police Department ("CPD") responded to the residence of a 13-year-old minor male victim (hereafter "Victim 1"), who was believed to be involved in producing and distributing child pornography. A CPD officer spoke with Victim 1's mother and learned that Victim 1 had engaged in conversations on Facebook with an unknown female and the female and Victim 1 had exchanged nude photos and videos. Victim 1's mother agreed to allow CPD to forensically examine Victim 1's cell phone, which Victim 1 had used to communicate with the unknown female.  An HSI Ohio Task Force Officer (TFO), who is also a CPD detective, accessed Victim 1's cell phone and observed child pornography depicting Victim 1 sent from Victim 1 to the "Mary Cuellar" Facebook account.

### "Mary Cuellar" Facebook account

6.     Pursuant to an Ohio state search warrant, Facebook provided the contents and subscriber information for the Facebook account associated with "Mary Cuellar."

3

7.     The profile picture for the account depicts a young woman who appears to be in her early 20s.  The profile states that she lives in Port Richey, Florida, works as a front desk receptionist, studied at Rasmussen, is from New York, and is single.

8.     I have determined that "Mary Cuellar" is a pseudonym. There is no real person with this name. In my training and experience, persons interested in child pornography often use pseudonyms. Review of the account shows that "Mary Cuellar" used photographs of multiple different women as purported photographs of herself, thus confirming my belief that "Mary Cuellar" is not a real person.

### Identification of Subscriber and DIEFFENBACHER

9.     Pursuant to the state search warrant, Facebook provided the following information for the "Mary Cuellar" account:

```
Account Identifier:  https://www.facebook.com/mary.cuellar.16906715
Registration Date:   2018-07-14 17:35:37 UTC
Registration IP:     2603:9000:51a1:3400:7c9e:51be:1003:79ec
First Name:          Mary
Last Name:           Cuellar
Registered Email:    melendez.emely@yahoo.com
Phone Number:        +646XXX9668
```

Charter Communications was unable to provide subscriber information for that IP address because it did not retain information from in or around July 2018.

10.    A review of the log-in records for the "Mary Cuellar" Facebook account revealed that the following three IP addresses were primarily used to access the account between in or around April 2019 and in or around May 2019: 96.59.61.240, 2603:9000:8214:6700:7df4:d0ed:8d49:a314, and 2603:9000:8214:6700:81ef:6fb9:e542:5249.

11.    Pursuant to a state subpoena, Charter Communications provided the following subscriber information for the three IP addresses detailed above:

Account Number:  463263303
Customer:        J.D.
Address:         7446 Donegal Street, New Port Richey, Florida
Home Phone:      646-XXX-9668
Email:           janetdiff@gmail.com

The home phone number is the same phone number associated with the registration information for the "Mary Cuellar" Facebook account.

12.    Based on review of public records, I believe that J.D. is DIEFFENBACHER's mother. J.D. has a suspended driver's license, but the address listed on her last valid driver's license, which was issued in or around October 2014, is in Land O' Lakes, Florida.  The photos on the Facebook account for "Mary Cuellar" do not appear to be images of J.D.

13.    Based on review of the Florida Driver and Vehicle Information Database (DAVID), Bradley Elliot DIEFFENBACHER has a valid driver's license registered at the same New Port Richey address, which is located in

the Middle District of Florida. The address has been listed as

DIEFFENBACHER's residential and mailing address since in or around

November 2016.

14.    DIEFFENBACHER is a registered sex offender who has

registered at the above address since on or about November 2, 2016.

DIEFFENBACHER's phone number on his sex offender registration is 646-

XXX-9668, which is the same phone number associated with the "Mary

Cuellar" Facebook account and the Charter subscriber information.

15.    DIEFFENBACHER has two New York sex offense convictions:

one from in or around 2008 for use of a child less than 17 years of age in a

sexual performance; and one from in or around 2009 for disseminating

indecent material to minors.

16.    The log-in information provided by Facebook indicated that

another IP address was used on or about April 7, 2019, to access the "Mary

Cuellar" Facebook account. Pursuant to an Ohio state subpoena, Frontier

Communications identified the subscriber for that IP address as a residence in

Hudson, Florida. Agents interviewed the adults who reside at that location,

N.S. and R.R., who identified DIEFFENBACHER as a tutor for their minor

son, N.R.   N.S. and R.R. confirmed both DIEFFENBACHER and his fiancé,

B.B.S., had been tutoring N.R. twice a week for the past two years.

17.     According to N.S. and R.R., DIEFFENBACHER and B.B.S. always came to the tutoring sessions together.  N.S., R.R., and N.R. all confirmed DIEFFENBACHER and B.B.S. were in possession of a laptop computer during the tutoring sessions at N.S. and R.R.'s residence.

18.     During a later search of DIEFFENBACHER'S residence, which will be described in more detail below, N.R.'s baseball card was discovered in DIEFFENBACHER's wallet.

19.     Pursuant to an administrative summons, Facebook provided additional log-ins for the "Mary Cuellar" Facebook account. Between on or about January 19, 2019, and on or about April 10, 2019, approximately 60 different Charter Communications IP addresses and approximately 16 different Comcast IP addresses were used to access the account.

20.     Pursuant to an administrative summons, Charter Communications advised that approximately 59 of these addresses resolved to J.D. at the New Port Richey address associated with the "Mary Cuellar" Facebook account. The last IP address resolved to a McDonald's fast food restaurant located in New Port Richey, Florida.

21.     Review of the information provided by Facebook indicated that between on or about March 12, 2019, and on or about March 21, 2019, approximately 16 different Comcast addresses were used to access the

account.  One of the IP address resolved to a Dunkin Donuts in Thurmont,
Maryland. The remaining 15 IP addresses resolved to a residence in
Thurmont, Maryland. B.B.S.'s parents lived in Thurmont, Maryland during
this timeframe. Additionally, DIEFFENBACHER was then vacationing in
Maryland.

22.     A review of the FDLE sex offender registry database indicated
that DIEFFENBACHER had reported a temporary residence change from on
or about March 11, 2019 through on or about March 21, 2019, to Baltimore,
Maryland for vacation.  Baltimore is approximately 60 miles from Thurmont,
Maryland, which is where the "Mary Cuellar" Facebook account was
accessed, as detailed above.

**Communications between "Mary Cuellar" Facebook account and Victim 1**

23.     A review of the Facebook messages between Victim 1 and the
"Mary Cuellar" Facebook account showed that the user of the "Mary
Cuellar" Facebook account persuaded, enticed, and coerced Victim 1 to
produce child pornography. An excerpt of the communication between Victim
1, who was then 13-years-old, and the user of the "Mary Cuellar" Facebook
account includes the following:

a.  On or about December 3, 2018, the user of the "Mary Cuellar" Facebook account engaged in the following Facebook Messenger conversation with Victim 1:

> **Mary Cuellar**: "yeah u were on my mutual friends list so I added u, hope that's ok"
>
> **Victim 1:** (sent a thumbs up icon)
>
> **Mary Cuellar**: "so how are u? how old are u?"
>
> **Victim 1:** "18"
>
> **Mary Cuellar**: "oh nice im 20"
>
> **Victim 1:** "Yeah"
>
> **Mary Cuellar**:  "can u send a pic cause your pics must be super old, I assumed u were like 14, even if u were like 14, u are cute as fuck"
>
> **Victim 1:** "Thanks (smiley emoji face)"
>
> **Mary Cuellar**:  "so honestly how old are u"
>
> **Victim 1:** "18"
>
> **Mary Cuellar**:  "legal ;), so where u from? I'm in tampa"
>
> **Victim 1:** "I'm from USA, Ohio"
>
> **Mary Cuellar**: "why lie to me, so be honest, are you like 13 or 14, if so, idc really"
>
> **Victim 1:** "I'm 16"

9

b.      On or about December 23, 2018, the user of the "Mary Cuellar" Facebook account engaged in the following Facebook Messenger conversation with the Victim 1:

**Mary Cuellar**: "wanna see a shortless[sic] of me also ;)"

**Victim 1**: "Yes"

**Mary Cuellar**: Sent file name: "image-494501641041529." This image is a selfie-style photograph depicting a postpubescent, naked female, who is standing with her breasts exposed.

**Mary Cuellar**: "your turn"

**Victim 1**: "What do u want me to take pic of"

**Mary Cuellar**: "would you do shirtless and maybe boxers ;)"

**Victim 1**:  Sent file name: "image-463124574217166." This image depicts Victim 1 standing shirtless and wearing only grey boxer shorts.

**Mary Cuellar**: "fuck yeah, where do you live again"

**Victim 1**: "In ohio, Circleville ohio"

**Mary Cuellar**: "damn I wanna meet up with u, u ever do nudes"

**Victim 1**: "Some times"

**Mary Cuellar**: "send another pic, fully nude with face"

**Victim 1**: Sent file name: "image-2221709571374656." This image depicts the Victim 1 standing upright naked.  Based on my training and experience, this image is considered child erotica.

**Mary Cuellar**: "nice, try a etter pic, i cant see your cock"

**Victim 1**: Sent file name: "image-612475722544842." This image depicts the Victim 1 focusing the camera on his genitals. The image also captures Victim 1's face. This image is considered child pornography.

**Mary Cuellar**: "damn u look good"

c.      On or about December 24, 2018, the user of the "Mary Cuellar" Facebook account engaged in the following Facebook Messenger conversation with Victim 1:

**Mary Cuellar**: "send me a pic, and undo your pants"

**Victim 1**: Sent file name: "image-275040323083825." This image is of a prepubescent male's erect penis. This image is considered child pornography.

**Mary Cuellar**: "fuck yeah, u jerking off, how bad do u wanna cum inside me, can you send vids"

**Victim 1**: "Yes, Very much"

**Mary Cuellar**: "send me a vid of u jerking off, iagibe cumming inside me"

**Victim 1**: Sent file name: "1545672428." This is a video approximately 3 seconds long. The video depicts what appears to be a prepubescent male masturbating. This video is considered child pornography.

**Mary Cuellar**: "damn u have a huge cock, would u wanna put that in my pussy, mouth or ass"

**Communications between "Mary Cuellar" Facebook account and Victim 2**

24.      Upon further review of the Facebook account associated with "Mary Cuellar," I identified a second minor male victim (hereafter "Victim

2") who is located in the Middle District of Florida.  From review of Victim

2's Facebook page, I believe Victim 2 was 15 years old when he

communicated with "Mary Cuellar."  On or about December 7, 2018, the user

of the "Mary Cuellar" Facebook account engaged in the following Facebook

Messenger conversation with Victim 2:

> **Mary Cuellar:** "hey I added u months ago from my mutual friends list, hope that's ok"

> **Victim 2:** "yeah  its fine"

> **Mary Cuellar:** "so how are you> how old are u, im mary, fron new port richey florida, 2, u?"

> **Victim 2:** "Im 15 lol"

> **Mary Cuellar:** "school today or homeschool u, im right by u"

> **Victim 2:** "School, Hight school"

> **Mary Cuellar:** "I was actually in huson yesterday at a friends house by the hospital, send me a quick pic of u so I can see how u look"

> **Mary Cuellar:** "would u send me a naked with face if I did ;), heres the only one I have tight now since I'm at work, cant exactly take one, u can see my face clearly in this"

> **Mary Cuellar:** Sent file name: "image-2193083984287880."  This image depicts a postpubescent female with her legs spread apart and her undergarments moved to one side exposing her genitals. The female's fingers are touching her vagina.

> **Victim 2:** "but my sucks on 5, Dick *"

> **Mary Cuellar:** "that's fine, let me see, I did send a nude to you"

**Victim 2:** Sent file name: "image- 340262780123246." This image depicts a postpubescent male's erect penis. This image is considered child pornography. Sent file name: "203447790536353." This image depicts a postpubescent male's erect penis and the face of Victim 2. This image is considered child pornography.

**Mary Cuellar:** "damn u have a nice cock, u ever do this b4 honestly"

**Victim 2:** "No, Lol

**Mary Cuellar:** "u aren't scared or nervous, right"

**Victim 2:** "No"

**Mary Cuellar:** "fuck I wanna get on my knees and give u head, I would let u slide inside me"

**Victim 2:** "Lol"

**Mary Cuellar:** "and I wanna figure a way for me to meet u and fuck u, but gota be a safe place since you're 15"

**Victim 2:** "Lmao, I go to my bus stop at 7:00, And gotta be at school 7

25"

**Mary Cuellar:** "yea but maybe we can go to my friends house, hes safe and wont tell anyone"

**Victim 2:** "Who's that, ?"

**Mary Cuellar:** "someone I work with, he's cool don't worry"

## Communications between "Mary Cuellar" Facebook account and Victim 3

25.     Upon further review of the Facebook account associated with

"Mary Cuellar," I identified a third minor male victim (hereafter "Victim 3")

who is located in the Middle District of Florida.  From review of Victim 3's

Facebook page, I believe Victim 3 was 15 years old when he communicated

with "Mary Cuellar." On or about November 16, 2018, the user of the "Mary

Cuellar" Facebook account engaged in the following Facebook Messenger

conversation with Victim 3:

> **Mary Cuellar:** "yea u were on my mutual friends list so I added u, hope that's ok"

> **Victim 3:** "yeah its all good"

> **Mary Cuellar:** "so how are u how old are u"

> **Victim 3:** "15 gonna be 16 hbu"

> **Mary Cuellar:** "oh wow u looked older, im 20, can u send a quick pic of u cause idk what u look like since most of your pics are old"

> **Victim 3:** "hold on"

> **Victim 3:** Sent file name: "image-2216199305372052." This image depicts Victim 3 wearing a red tank top in the backseat of a vehicle.

> **Mary Cuellar:** "hey you're cute, can u take a mirror pic but take your shirt off so I can see how good u look"

> **Victim 3:** Sent file name: "image- 327939164665845." The image depicts Victim 3 standing shirtless and in front of a mirror.

> **Mary Cuellar:** "oh damn nice body, did u just take that"

> **Mary Cuellar:** Sent file name: "image-267354173925463." This image depicts a postpubescent, naked female, who is standing with her breasts exposed. This appears to be the same image as "image-494501641041529" described above, which "Mary Cuellar" sent to Victim 1.

> **Victim 3:** "damn girl, yeah I just took that"

14

**Mary Cuellar:** "how about undoing those pants and taking another pic ;)"

**Victim 3:** "okay"

**Mary Cuellar:** "u ever do this b4"

**Victim 3:** "yeah, your not gonna send it to all your friends or nothing right?"

**Mary Cuellar:** "I promise I wont, i'll delete it right away"

**Victim 3:** Sent file name: "image-1977073062587273." This image depicts a postpubescent male's erect penis. This image is considered child pornography.

**Mary Cuellar:** "nice, but take a full body so I can see those abs also, that's a huge cock"

**Victim 3:** "i dont feel like taking full body, took enough pictures, you live in New Port Richey?"

**Mary Cuellar:** "yea, u?"

**Mary Cuellar:** "can u send me like 2 0r 3 more shirtless pics so I can finish what I have been doing for the last 20 minutes ;), im off congress by the Walmart in new port richey"

26.     DIEFFENBACHER'S residence is located off Congress Street in New Port Richey, Florida and is 1.9 miles from a Walmart Supercenter.

27.     On or about November 29, 2018, the user of the "Mary Cuellar" Facebook account engaged in the following Facebook Messenger conversation with Victim 3:

**Mary Cuellar:** "do u wanna fuck"

15

**Victim 3:** "shitttt im down"

**Mary Cuellar:** "I have an idea, my friend lives in new port richey and we can fuck at his house, I can pick u up and we can go there and fuck, u can even do anal to me if u wanna"

**Victim 3:** "i dont want to go to your friends house"

**Mary Cuellar:** "where u wanna do it"

**Victim 3:** "how i know you dont got no diseases?"

**Mary Cuellar:** "im clean"

**Victim 3:** "sameeeeee"

**Mary Cuellar:** "so where u wanna fuck"

**Victim 3:** "idk, your friend would prolly watch"

**Mary Cuellar:** "he would probably join in, do a 3some"

**Victim 3:** "fuck no"

**Mary Cuellar:** "he wont touch u, lol"

### Federal Search Warrant

28.     On or about August 8, 2019, I obtained a federal search warrant for DIEFFENBACHER's residence, which is located within the Middle District of Florida, and HSI agents executed the warrant on or about August 13, 2019. Case No. 8:19MJ2058-T-SPF.

29.     During the search of DIEFFENBACHER's residence, HSI agents located and seized an Acer laptop and a Samsung cell phone.

16

30.     During a consensual interview, DIEFFENBACHER stated he

shared a room at the residence with B.B.S.  DIEFFENBACHER stated his

phone number was 646-XXX-9668, which is the same phone number

associated with the "Mary Cuellar" Facebook account, the Charter subscriber

information associated with the "Mary Cuellar" Facebook logins and the

number given on DIEFFENBACHER's sex offender registration.

31.     During the interview, DIEFFENBACHER stated he did not own

a computer.  DIEFFENBACHER stated he and B.B.S. had access to his

mother's laptop.  During the execution of the search warrant, the Acer laptop

was located in the shared bedroom of DIEFFENBACHER and B.B.S. To

date, forensic analysts have not found anything attributable to

DIEFFEBACHER's mother on the Acer laptop.

32.     On the day the search warrant was executed at

DIEFFENBACHER's residence, a consensual interview of B.B.S. was

conducted at B.B.S.'s place of employment, Anclote High School.  B.B.S.

denied living with DIEFFENBACHER.  B.B.S. stated he lived with relatives

in the New Port Richey, Florida area.  B.B.S. also denied using

DIEFFENBACHER's computer.  Agents telephonically interviewed B.B.S.'s

relatives who he claimed to be living with.  The relatives stated B.B.S. has

never lived with them at their residence and they did not know where B.B.S. lived.

33.     B.B.S. also stated he lived in Maryland before moving to Florida in or around July 2019, after graduating college. B.B.S. stated DIEFFENBACHER was in Maryland for B.B.S's graduation and stayed at B.B.S.'s parents' residence in Thurmont, Maryland for a few days before going to a hotel. This residence is the location where 15 Comcast IP addresses resolved to in or around March 2019, as previously discussed in this affidavit.

34.     B.B.S. consented to a forensic examination of his cellular phone. A forensic preview has not, to date, revealed anything of evidentiary value.

35.     On or about August 13, 2019, during the search warrant, consensual interviews of all persons present at the residence were conducted. DIEFFENBACHER's sister, C.D., stated B.S.S. lived in the residence and shared a room with DIEFFENBACHER. C.D. further stated she did not have access to the laptop computer found in DIEFFENBACHER's shared bedroom. Two other individuals who had been staying at the residence for approximately one week, J.A. and J.T., stated they did not have access to the laptop and heard that B.S.S. lived at the residence, however had not ever seen him in the residence.

36.    Also during the execution of the search warrant on or about
August 13, 2019, DIEFFENBACHER was arrested by Pasco County
Sheriff's Deputies for failure to register an additional Facebook account, a
violation of his sex registry terms.  DIEFFENBACHER was later released on
or about August 16, 2019.

### "Mary Cuellar" Facebook Activity Following the Federal Search Warrant

37.    Pursuant to a DHS Summons, Facebook provided information
about activity related to the "Mary Cuellar" Facebook account that occurred
after the execution of the residential search and state arrest of
DIEFFENBACHER.  During the time DIEFFENBACHER was in custody,
the "Mary Cuellar" Facebook account was not accessed.  The account was
last accessed on or about August 25, 2019, when it was closed.  Facebook
provided the IP address used to access the account at the time of its closure.

38.    Pursuant to an administrative summons, Charter
Communications advised that the IP address resolved to a McDonald's fast
food restaurant located in Land O' Lakes, Florida.

39.    Surveillance footage from the McDonald's in Land O' Lakes,
Florida on or about August 25, 2019, shows DIEFFENBACHER in the
restaurant tutoring a minor male child without B.B.S.  DIEFFENBACHER is

19

seen accessing a cellular phone at the same time the Facebook account was both accessed and closed.

## Forensic Analysis

40.    During the forensic examination of the Acer laptop a review of the internet history records indicated the "Mary Cuellar" Facebook account had been accessed multiple times from the laptop.  The internet history also shows that the Facebook account of the true owner of the photos was accessed from the same laptop. Additionally, agents believe they have identified the true identity of the woman whose photos were used on the "Mary Cuellar" account.

41.    During the forensic examination of the Acer laptop with the username, forensic analysts found the following images:

    a.   **file name 13089990_1626914517531071_1825678158_n.jpg**: This image is a selfie-style photograph depicting a postpubescent, naked female, who is standing with her breasts exposed.  It appears to be the same image sent to Victim 1 on or about December 23, 2018, and sent to Victim 3 on or about November 16, 2018.

    b.   **file name 1989309476.jpg**: This image depicts a postpubescent female with her legs spread apart and her undergarments moved to one side exposing her genitals. The female's fingers are touching her vagina. It appears to be the same image sent to Victim 2 on or about December 7, 2018.

42.     Additionally, during the forensic examination of the Acer laptop

the following documents were found:

    c.    A file titled, "Updated Resume (Brad)(1)." This file was last modified on or about November 20, 2018. The document is DIEFFENBACHER's resume. It contained DIEFFENBACHER's name, email and phone number.

    d.    A file titled, "Brad's Cover Letter (Updated Version)." This file was last modified on or about May 30, 2019. The document is DIEFFENBACHER's resume cover letter. It contained DIEFFENBACHER'S name and residential address.

    e.    A file titled, "B's Cover Letter For Teaching." This file was last modified on or about July 22, 2019. The document is B.B.S.'s resume cover letter. It contained B.B.S.'s name and residential address in Maryland.

    f.    A file titled, "B's Resume For Teaching." This file was last modified on or about July 22, 2019. The document is B.B.S.'s resume. It contained B.B.S.'s name and residential address in Maryland.

## CONCLUSION

43.    Based on the foregoing, probable cause exists to charge

DIEFFENBACHER with enticement under 18 U.S.C. §§ 2251(a) and 2

(enticement of a minor to produce child pornography and aiding and abetting

the same).

Tara Towe, Special Agent
Homeland Security Investigations

Sworn and subscribed before me

this 26 day of September, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

22