## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.   8:19-mj-2288-T-AAS                    DATE:   September 27, 2019

HONORABLE  AMANDA ARNOLD SANSONE         INTERPRETER   N/A
                                                                      LANGUAGE

UNITED STATES OF AMERICA                             AUSA Candace Rich
v.                                                                  Government Counsel

BRADLEY DIEFFENBACHER                            AFPD Tamara Theiss
Defendant                                                     Defense Counsel

COURT RPTR/TAPE  Digital                              DEPUTY CLERK  Cathy Morgan

TIME  3:14 - 3:22   Total - 8 min.                    COURTROOM        10B

## PROCEEDINGS: **INITIAL APPEARANCE/DETENTION HEARING**

| | |
|---|---|
| X | Deft provided w/copy of   Complaint |
| X | ARREST DATE:   September 27, 2019 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes including trial |
| X | Govt position on detention - risk of flight/danger to community |
| X | Defendant does not contest detention at this time but reserves the right to revisit the issue of release by filing the appropriate motion |
| X | Court detains defendant |
| X | Court will do a medical order |
| X | Defendant waives preliminary examination |

Comments: