# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                        Case No.  8:19-mj-2288-T-AAS

**BRADLEY DIEFFENBACHER**

_____/

## ORDER OF DETENTION PENDING TRIAL

This cause came on for hearing following defendant's arrest on a Complaint charging him with enticement of a minor to produce child pornography and aiding and abetting the same, in violation of 18 U.S.C. §§ 2251(a) and 2.  At the hearing before the undersigned, the defendant did not contest the government's request for detention.  Based upon the nature of the offense and the fact that he does not contest detention, the defendant shall be detained pending trial.

Should the defendant's position on detention change, counsel may move the court to address the defendant's continued detention.  It is therefore,

**ORDERED:**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of

the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED at Tampa, Florida this   27th   day of September, 2019

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge