# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 8:19-mj-2288-T-AAS

**BRADLEY DIEFFENBACHER**

---

### O R D E R

This defendant is in the custody of the United States Marshal.  The court has been advised that he is in need of a mental health evaluation and/or prescribed medication while in custody.

It is therefore **ORDERED** that:

(1)   The defendant shall receive immediate medical attention at the place of incarceration and shall receive all currently prescribed medications unless discontinued by a physician.

**DONE** and **ORDERED** at Tampa, Florida, this   27th   day of September, 2019

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge